IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOYCE E. PETERSON                                                                                    PLAINTIFF

        v.                                    Civil No. 04-3067

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

On this 16th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Frederick "Rick" Spencer, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $558.52 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                /s/Bobby E. Shepherd
                                               Honorable Bobby E. Shepherd
                                               United States Magistrate Judge